AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Natural Land Institute,

    Plaintiff,

                V.

THE GREATER ROCKFORD AIRPORT AUTHORITY, THE GREATER ROCKFORD AIRPORT AUTHORITY BOARD OF COMMISSIONERS, MIKE P. DUNN, Executive Director of the Greater Rockford Airport Authority, UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL AVIATION ADMINISTRATION, PETE BUTTIGIEG, Secretary of the United States Department of Transportation, STEVE DICKSON, Administrator of Federal Aviation Administration, UNITED STATES DEPARTMENT OF INTERIOR, UNITED STATES FISH AND WILDLIFE SERVICE, DEB HAALAND, Secretary of United States Department of the Interior, and MARTHA WILLIAMS, Acting Director of United States Fish and Wildlife Service,

    Defendants.

CASE NUMBER: 3:21-cv-50410

ASSIGNED JUDGE: Judge Iain D. Johnston

DESIGNATED MAGISTRATE JUDGE: Judge Margaret J. Schneider

TO: (Name and address of Defendant)

The Greater Rockford Airport Authority Board of Commissioners
60 Airport Drive
Rockford, IL  61109

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph M. Russell
von Briesen & Roper, s.c.
411 E. Wisconsin Avenue, Suite 1000
Milwaukee, WI  53202

an answer to the complaint which is herewith served upon you,    21    days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |
| *Check one box below to indicate appropriate method of service* | |

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
         Date              *Signature of Server*

              _____
              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.